UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00037 |
| | ) | CHIEF JUDGE HAYNES |
| TALAMANTES L. TOLBERT | ) | |

### JOINT MOTION TO SET STATUS CONFERENCE

The parties hereby jointly move this Honorable Court for an order setting a status conference in this case for Friday, June 13, 2014, at 1:30 p.m. In support of this motion, the parties would show that the government and Mr. Tolbert are currently engaged in plea negotiations. Mr. Tolbert requests additional time to consider a potential agreement and its impact on possible state charges. The parties respectfully suggest that this time be excluded from the calculation of time pursuant to the speedy trial act.

Wherefore, the parties respectfully request that this Honorable Court conduct a status conference regarding this case on June 13, 2014, at 1:30 PM or at such other time that is convenient with this Court.

[Handwritten annotation: ORDER — Motion GRANTED. Pre-conference is set for June 12, 2014 at 7:00 am [illegible signature] 5-28-14]

Respectfully submitted,

_s/ R. David Baker_
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Talamantes L. Tolbert


_s/ Braden Boucek (with permission)_
Braden H. Boucek
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203