IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-0037 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| TALAMANTES LEUGENE TOLBERT | ) | |

## ORDER

The sentencing hearing in this action is set for **Monday, November 24, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Friday, November 17, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the _8_ day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge